**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00590-WDM-MJW

JENNIFER CHAVARIA,

       Plaintiff,

v.

VALENTINE & KEBARTAS, INC., a Massachusetts corporation,

       Defendant.

---

**NOTICE OF DISMISSAL WITH PREJUDICE**
_____

      **COMES NOW** the Plaintiff by her undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay her or its own attorney's fees and costs.

Dated: April 18, 2008.

                                                _s/ David M. Larson_____
                                                David M. Larson, Esq.
                                                405 S. Cascade Avenue Suite 305
                                                Colorado Springs, CO 80903
                                                (719) 473-0006
                                                Attorney for the Plaintiff